petitioners. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. Dean H. Stanley* for respondent.

---

No. 422. MODERN WORKMEN OF THE WORLD ET AL. *v.* CHARLES A. HARTMANN ET AL. October 31, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. W. Bissell Thomas, Walter H. Newton* and *J. K. M. Norton* for petitioners. No appearance for respondents.

---

No. 423. STOCK YARDS LOAN COMPANY *v.* COMMERCIAL NATIONAL BANK OF INDEPENDENCE, KANSAS. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry M. Ward, Henry L. McCune* and *David A. Murphy* for petitioner. *Mr. Charles W. German* for respondent.

---

No. 426. SAMUEL M. HASTINGS, ADMINISTRATOR, *v.* NINA K. JONES, EXECUTRIX. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Kemper K. Knapp* and *John R. Cochran* for petitioner. *Messrs. Caruthers Ewing* and *Thomas F. Howe* for respondent.

---

No. 428. MORTON E. CONVERSE & SON COMPANY *v.* H. C. WHITE COMPANY. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. F. Hall* and *Thomas G. Haight* for petitioner. *Mr. James J. Kennedy* for respondent.